# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE TONY ASHAI, DEBTOR <br> TONY ASHAI, <br>         Appellant-Defendant, <br> v. <br> KAMRAN GHADIMI & HALEH TURKMAN, <br>         Appellees-Plaintiffs. | Case No. LA CV 18-02451-VBF <br><br> **FINAL JUDGMENT** |

For the reasons stated in the appellees' response brief in this case (CM/ECF Doc. #12) and in this Court's August 15, 2017 Opinion in C.D. Cal. Case No. LA CV 14-05057-VBF (Doc. #17): **IT IS ADJUDGED THAT U.S. Bankruptcy Judge Robles's February 22, 2018 Judgment** in U.S. Bankruptcy Court for the Central District of California Case No. 2:13-bk-11265-ER, Adversary Proceeding 2:13-ap-01448, **is AFFIRMED.**

Dated: February 6, 2020

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge